# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

137642

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

DAVID LEE LINDSEY, a/k/a DARRYL
TAYLOR, a/k/a/ KENNY JOHNSON,
            Defendant-Appellant.

SC: 137642
COA: 279128
Wayne CC: 07-004705-01

_____/

On order of the Court, the application for leave to appeal the October 9, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009

_____
Clerk

s0217